LYNCH

v.

STATE

20160852

Supreme Court of Utah.

12/02/2016

20160335
Petition for Writ of Certiorari Denied.

KAHN

v.

TAX COMMISSION

20160725

Supreme Court of Utah.

11-08-2016

20140583
377 P.3d 702
Petition for Writ of Certiorari Denied.